UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSEPH COLLORA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MCDONALD'S CORPORATION,<br><br>Defendant. | Case No.: 1:22-cv-1904<br><br>JOINT STATUS REPORT |

**JOINT STATUS REPORT**

Pursuant to the May 17, 2022 Minute Entry of the Court (Dkt. No. 10), Plaintiff Joseph Collora ("Plaintiff") and Defendant McDonald's Corporation ("Defendant") (collectively, "the Parties"), by and through their respective counsel, hereby submit this Joint Status Report.

On April 13, 2022, Plaintiff filed his complaint. Dkt. No. 1. A summons was issued on April 19, 2022. On April 20, 2022, a Waiver of the Service of Summons was sent to counsel for Defendant, who returned it on April 21, 2022. Dkt. No. 6.

On May 13, 2022, this case was related to another case, *McDowell v. McDonald's Corporation*, 1:22-cv-01688, that was pending before Your Honor. Dkt. No. 9. At that time, the Joint Initial Status Report in *McDowell* was due on June 14, 2022 (*McDowell* Dkt. No. 2), but that deadline was later continued by the Court to June 27, 2022. *McDowell* Dkt. No. 12.

Counsel for the *McDowell* plaintiff and counsel for Plaintiff here have conferred with counsel for Defendant here and are in agreement that, in the interests of efficiency and judicial economy, the Parties will stipulate to consolidate the cases, and counsel for both plaintiffs will

file a Consolidated Amended Complaint in the *McDowell* action. Counsel are conferring on a scheduling stipulation to present to the Court in conjunction with their Joint Motion to Consolidate, which they expect to file shortly. That scheduling stipulation will propose, for the Court's consideration, dates (1) for Plaintiffs to file their Consolidated Amended Complaint, (2) for Defendant to respond, (3) for the Parties to hold their Rule 26(f) meet-and-confer, and (4) for the Parties to provide the complete Joint Initial Status Report required by the Court.

The Parties appreciate the Court's continued attention to these matters.

Dated: June 14, 2022                                    Respectfully submitted,

| *For Plaintiff Joseph Collora,* | *For Defendant McDonald's Corporation* |
|---|---|
| **SHUB LAW FIRM LLC** | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| */s/ Kevin Laukaitis*<br>Kevin Laukaitis<br>Jonathan Shub<br>**SHUB LAW FIRM LLC**<br>134 Kings Hwy E., 2nd Fl<br>Haddonfield, NJ 08033<br>T: (856) 772-7200<br>klaukaitis@shublawyers.com<br>jshub@shublawyers.com | */s/ Trenton H. Norris*<br>Trenton H. Norris<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA 94111<br>T: (415) 471-3303<br>trent.norris@arnoldporter.com |
| Brian M. Hogan<br>**FREED KANNER LONDON & MILLEN LLC**<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>T: (224) 632-4500<br>bhogan@fkmlaw.com. | Lori B. Leskin<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>250 West 55th Street<br>New York, NY 10019<br>T: (212) 836-8541<br>lori.leskin@arnoldporter.com |
| Jonathan M. Jagher<br>**FREED KANNER LONDON & MILLEN LLC**<br>923 Fayette Street<br>Conshohocken, PA 19428<br>T: (610) 234-6487<br>jjagher@fkmlaw.com | Peter H. Vogel<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>70 West Madison Street, Suite 4200<br>Chicago, IL 60602<br>T: (312) 583-2458<br>peter.vogel@arnoldporter.com |