## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Joseph Collora

                Plaintiff,

v.                                      Case No.: 1:22−cv−01904

                                              Honorable Franklin U. Valderrama

McDonald's Corporation

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 23, 2022:

      MINUTE entry before the Honorable Franklin U. Valderrama: For the reasons stated in the motion, the parties' agreed motion for consolidation of cases, briefing schedule, and initial status report [16] is granted. This case is consolidated with related case, McDowell v. McDonald's Corp., 22−cv−1688 under case number 22−cv−1688. In view of the consolidation, this case is closed. Civil case terminated. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.